### Mark MERCER, Appellant,

#### v.

### DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.

#### No. 73841.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 17, 1998.

Phillip I. Morse, Leigh Joy Carson, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Mark Mercer appeals from the judgment of the trial court that upheld an order by the Director of Revenue to suspend his driving

privileges. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).